UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In Re: JACOB L. HAFTER,  )
Attorney at Law, Bar No. 9303.  )
  )
  ) Case No.: 2:17-ms-000105
  )
  ) **ORDER OF SUSPENSION**
  )
  )
  )
  )

    On January 22, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt. The Order to Show Cause provided Mr. Hafter with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Hafter. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

    Accordingly, **IT IS HEREBY ORDERED** that Jacob L. Hafter, Nevada State Bar No. 9303, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

    **DATED** this 16th day of February, 2018.

_____
MIRANDA M. DU
United States District Judge

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 20th day of February, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Jacob L. Hafter
>911 N. Buffalo Drive, Suite 209
>Las Vegas, NV 89128

>Certified Mail No.:   7016 2140 0000 1723 4963

>/s/ Michael Zadina
>Deputy Clerk
>United States District Court,
>District of Nevada